**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7136**
_____

JOHN H. BEAMAN,

     Plaintiff - Appellant,

   v.

DEPUTY DIRECTOR, Community Corrections; HAROLD W. CLARKE, Director; LOU CEI, Special Programs Manager; LAYTON LESTER, Warden; ELIZABETH E. CARR, Counselor; BOB MCDONNELL, Governor of Virginia; WILLIAM M. MUSE, Chairman, VA Parole Board; KAREN D. BROWN, Vice-Chair VA Parole Board; RITA J. ANGELONE, VA Parole Board Member; MINOR F. STONE, VA Parole Board Member,

     Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (7:12-cv-00163-JLK-RSB)

_____

Submitted: November 20, 2012    Decided: November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John H. Beaman, Appellant Pro se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John H. Beaman appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Beaman v. Deputy Dir., No. 7:12-cv-00163-JLK-RSB (W.D. Va. May 29, 2012). We deny Beaman's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED